UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR25-243 LK |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| MIKEY CHIM, ) | |
| Defendant. ) | |

Offenses charged:

1. Possession of Controlled Substances with Intent to Distribute

Date of Detention Hearing:   December 19, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). The nature and circumstances of the charged offense involve significant quantities of controlled substances and a firearm found in defendant's vehicle. Defendant engaged in communication after the execution of the search warrant indicating he was continuing to distribute controlled substances. Defendant had a pattern of gun possession, including possession as a minor and then again in 2023. Defendant's criminal history includes convictions for assault and domestic violence, a DUI, and a warrant for failure to appear.

    2.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

///

DETENTION ORDER
PAGE -2

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 19th Day of December, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3