UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>MIKEY CHIM,<br><br>                Defendant. | CASE NO. 2:25-cr-00243-LK<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |

       This matter comes before the Court on Defendant Mikey Chim's Unopposed Motion to Extend Pretrial Motions Deadline. Dkt. No. 12. Mr. Chim seeks to move the pretrial motions deadline from January 9, 2026, to January 23, 2026. *Id.* at 1. Mr. Chim represents that the Government does not oppose the request. *Id.* Trial is currently set for February 23, 2026. Dkt. No. 8.

       Mr. Chim states that "[o]n January 6, 2026, the United States advised the first discovery production will be made within a few days." Dkt. No. 12 at 1. The requested extension "will allow time for defense counsel to review the discovery so counsel can properly and competently consult with [him] regarding the need for a trial continuance." *Id.*

Under Local Criminal Rule 12(c)(1), good cause must be shown to extend the deadline for pretrial motions. *See also* Fed. R. Crim. P. 45(b)(1)(A). Given the quickly approaching deadline for pretrial motions, the potential defense motion to continue the trial date, and the lack of opposition from the Government, the Court finds good cause under the circumstances to grant the requested extension for filing the parties' pretrial motions.

For these reasons, the Court GRANTS Mr. Chim's motion, Dkt. No. 12, and ORDERS that the pretrial motions deadline is continued from January 9, 2026, to January 23, 2026.

Dated this 7th day of January, 2026.

*Lauren King*

Lauren King
United States District Judge