UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00243-LK |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |
| v. | |
| MIKEY CHIM, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial. Dkt. No. 16. The parties seek to continue the trial in this case from February 23, 2026 to August 24, 2026, and to continue the pretrial motions deadline from January 23, 2026 to a date consistent with the new trial date. *Id.* at 1.[1] Defendant Mikey Chim has waived his speedy trial rights through September 7, 2026. Dkt. No. 20.

---

[1] Pretrial motions were due by January 23, 2026, Dkt. No. 13, but Mr. Chim did not file this motion until February 6, 2026, Dkt. No. 16. Although the Court finds good cause to extend the pretrial motions deadlines as requested because of the substitution of counsel that occurred at the same time pretrial motions were due, it cautions the parties that "a failure to timely raise a pretrial objection required by Rule 12, absent a showing of good cause, constitutes a waiver[.]" *United States v. Ghanem*, 993 F.3d 1113, 1120 (9th Cir. 2021) (citation modified).

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 1

On December 10, 2025, a federal grand jury indicted Mr. Chim on one count of Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2. Dkt. 1 at 1–2. Mr. Chim pleaded not guilty to all charges, and he was ordered detained pending trial. Dkt. No. 8. The Court set a pretrial motions deadline of January 9, 2026, *id.*, which it continued to January 23, 2026 at Mr. Chim's request, Dkt. Nos. 12–13.

The parties note that on January 23, 2026, "the Court granted an unopposed motion to substitute defense counsel for Chim" and "Mr. Alberto Guadagno substituted in and is now counsel of record for Chim." Dkt. No. 16 at 2. In addition, "[c]ounsel for the government recently obtained a digital copy of Chim's Snapchat account pursuant to a search warrant" and will provide a copy to the defense. *Id.* They contend that "the combination of additional time needed to review and evaluate discovery, as well as the need for continuity of defense and government counsel, provide good cause for the requested continuance and outweigh the interests of the public and the defendant in speedier trial." *Id.* at 3. The parties also state that "given the parties['] current trial schedules, and to effectively prepare for trial, the parties believe August 24, 2026, is a realistic trial date." *Id.* at 2.

The Court agrees that more time is necessary for effective preparation and representation of Mr. Chim's interests. Specifically, the Court finds that given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chim in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Chim's counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review and evaluate discovery, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time granted

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 2

herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 16, and ORDERS that Mr. Chim's trial shall be continued to August 24, 2026. Pretrial motions are due no later than June 29, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which his trial must commence under the Speedy Trial Act.

Dated this 13th day of February, 2026.

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 3